UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,        CIV S-04-2430 FCD PAN PS

    v.

                                ORDER

BRET ALLEN PETRICK,

        Defendant.

—o○o—

    Defendant Bret Allen Petrick is ordered to appear before this court at 9 a.m., Wednesday, June 15, 2005, in Courtroom #25. The U.S. Marshal is directed personally to serve this order upon defendant.

    So ordered.

    Dated:  June 8, 2005.

                                  /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge