McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Facsimile:  (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRET ALLEN PETRICK<br><br>Defendant. | Civil No. CIV-S-04-2430 FCD PAN PS<br><br>**STIPULATION FOR ENTRY OF ORDER NULLIFYING FALSE LIEN FILINGS and ENJOINING FUTURE FILINGS, and ORDER** |

The United States of America and defendant Bret A. Petrick (hereinafter "Petrick") hereby stipulate and agree as follows and request entry of a dispositive order as set forth below:

1. Petrick admits that there has never been any contractual, business or other debtor relationship between him and Uyen Helen Nguyen, Lynn D. Buckley, and Dennis L. Parizek (hereinafter the "IRS employees"), that justified the filing of the following UCC-1 Financing Statements (hereinafter the "Financing Statements"):

| Date Filed | Document Number | Filed Against |
|---|---|---|
| November 22, 2002 | 0233060188 | Dennis Parizek, Operations Manager |
| August 28, 2002 | 0224160017 | Uyen Helen Nguyen, Revenue Agent |
| November 22, 2002 | 0233060180 | Lynn Buckley, Group Manager |

All contacts between Petrick and the IRS employees pertained solely to federal tax collection or determination against Petrick.

2. Petrick agrees and stipulates to entry of an order deeming that the Financing Statements are null and void and without any legal effect against the IRS employees.

3. Petrick further agrees and stipulates to entry of an order prohibiting and enjoining him from filing in the future any documents that purport to create a lien or encumbrance against the real or personal property of any federal officer or employee.

4. Petrick further stipulates and consents to any actions required to nullify, void or expunge the official records or any credit report item caused by Petrick's Financing Statements.

5. Petrick agrees to cooperate fully with the Internal Revenue Service in its ongoing investigation of matters relating to the Financing Statements.

6. Each party shall bear its own costs and attorneys' fees incurred in this action. The parties request entry of the order set forth below.

McGREGOR W. SCOTT
United States Attorney

Dated: June 14, 2005

/s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6648
Facsimile: (202) 307-0054

Dated: June 14, 2005

/s/ Bret A. Petrick (original signature retained by attorney G. Patrick Jennings)
BRET A. PETRICK
142 Regent Court
Los Gatos, CA 95032
Telephone: (408) 358-0084

# ORDER

**IT IS HEREBY ORDERED THAT** the following filings with the California Secretary of State by Bret A. Petrick are null, void, and of no legal effect.

| Date Filed | Document Number | Filed Against |
|---|---|---|
| November 22, 2002 | 0233060188 | Dennis Parizek, Operations Manager |
| August 28, 2002 | 0224160017 | Uyen Helen Nguyen, Revenue Agent |
| November 22, 2002 | 0233060180 | Lynn Buckley, Group Manager |

**IT IS FURTHER ORDERED THAT** Bret A. Petrick is permanently enjoined from filing any document or instrument which purports to create any non-consensual lien or encumbrance against the person or property of any employee or officer of the United States.

Dated: June 28, 2005            /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL JR.
                                United States District Court Judge